Date signed May 31, 2012



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL C. BOUYEA | : | Case No. 09-27953PM |
| | : | Chapter 13 |
| Debtor | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

## M E M O R A N D U M

     This case came before the court as a result of the confusion caused by the Fed. Rule of Bankruptcy Proc. 3002.12(b) Notice tardily filed by Wells Fargo Bank, N.A., on May 15, 2012. The Notice reflected a $1.31 in the monthly escrow payment, resulting in a new total payment of $1,551.31 commencing March 1, 2012.

     Following a hearing attended only by counsel for the Debtor, the court determined to take no further action.

cc:
Michael C. Bouyea, 2504 Hemingway Drive, Unit 2D, Frederick, MD 21702
Laura J. Margulies, Esq., 6205 Executive Blvd., Rockville, MD 20852
Wells Fargo Bank, N.A., MAC: X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715
Craig A. Edelman, Agent for Wells Farto, P.O. Box 829009, Dallas, TX 75382
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

### End of Memorandum